UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
――――――――――――――――――――――x
United States of America,

                       Plaintiff,

   -against-

                                                    Case No. 7:21-mj-10321

Felix Padilla-Aviles

                       Defendant.

――――――――――――――――――――――x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby Dismissed.

                                                              SO ORDERED.

                                                               _____
                                                               Hon. Martin R. Goldberg
                                                               United States Magistrate Judge

Dated: 26th day of August 2022
          Poughkeepsie, New York